NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DELWYN MANUEL,                    )
                                  )
            Appellant,            )
                                  )
v.                                )      Case No. 2D17-5107
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____  )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard J. Sanders, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General
General, Tallahassee, and David
Campbell, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.